# United States District Court
# For The Western District of North Carolina
# Asheville Division

NANCY H. SIZEMORE,

       Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                      1:11cv317

MICHAEL J. ASTRUE,
Commissioner of Social Security,
       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/26/2012 Order.

FRANK G. JOHNS, CLERK

Signed: October 26, 2012

Frank G. Johns, Clerk
United States District Court